```
IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
            WESTERN DIVISION
           NO. 5:15-CR-223-1H
```

UNITED STATES OF AMERICA, )
)
v. )
)
) **ORDER**
DANNY LASHUN LEWIS, )
)
    Defendant. )

This matter is before the court on defendant's motion requesting judicial recommendation as well as an emergency motion request judicial recommendation. Defendant asks this court to recommend early halfway house placement for him in light of his behavior while incarcerated as well as the COVID-19 pandemic. Under the circumstances, the court finds these matters are best left to the discretion of the Bureau of Prisons. Therefore, the motions [DE #30 and #31] are DENIED.

This 14th day of April 2020.

_____
Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#26